UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE BIEGEL,<br><br>                    Plaintiff,<br><br>-against-<br><br>DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE,<br><br>                    Defendants. | 07 Civ. 9653 (CM) (THK)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Douglas Fidoten, executed on November 26, 2007; and the Declaration of Howard J. Rubin, executed on November 26, 2007; and the accompanying Memorandum of Law, dated November 26, 2007, Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree (collectively, "Defendants"), by and through their attorneys, Davis & Gilbert LLP and Landman Corsi Ballaine & Ford P.C., will move this Court on a date to be determined, before the Honorable Coleen McMahon, United States District Court Judge, for the Southern District of New York, at the United States District Court courthouse located at 500 Pearl Street, New York, New York for entry of an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' motion to dismiss the Amended Complaint for failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Individual Rules of Practice of the Honorable Coleen McMahon, opposing papers, if any, shall be served upon

Defendants' counsel within two weeks after service of these moving papers and reply papers, if any, shall be served five business days later.

Dated: New York, New York
November 26, 2007

DAVIS & GILBERT LLP

By: _____
Howard J. Rubin  (HR 1768)
Jennifer Tafet Klausner  (JK 1413)
Heath J. Rosenthal  (HR 9081)
1740 Broadway
New York, NY  10019
Telephone:  (212) 468-4800
Facsimile: (212) 468-4888

Daniel S. Moretti (DM 6630)
Landman Corsi Ballaine &
Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271
Telephone:  (212) 238-4800
Facsimile:  (212) 238-4848

Attorneys for Defendants

To: Andrew Dwyer, Esq.
The Dwyer Law Firm, L.L.C.
17 Academy Street, Suite 1010
Newark, New Jersey 07102
Attorneys for Plaintiff