**Defendants' Index to Declaration Exhibits**
07 Civ. 9653 (CM) (THK)

<u>Douglas Fidoten Declaration, dated November 26, 2007</u>

    Exhibit A – Tour Guide Excerpts re: Bathhouse

    Exhibit B – Dentsu America Inc.'s Sexual Harassment Policy

    Exhibit C – Steve Biegel's Signed Acknowledgement Form