# EXHIBIT B

# Sexual Harassment

It is the policy of DCA Advertising that all employees are responsible for assuring that the workplace is free of sexual harassment. All employees must avoid VERBAL OR PHYSICAL conduct which could be viewed as sexually harassing.

Any employee who has a complaint of sexual harassment at work by anyone, including supervisors, co-workers, or visitors, must bring the problem to the attention of their supervisor. If the complaint involves someone in the employee's direct line of command, then the employee may bring it to the attention of the Administrative Officer.

All complaints will be promptly handled. The Company will take appropriate corrective action, including disciplinary measures, up to and including discharge, when justified, to remedy all violations of this policy.