# EXHIBIT C

# ACKNOWLEDGMENT FORM

I acknowledge receipt of the DCA Advertising, Inc./Dentsu Communications, Inc. Policies and Procedures Employee Manual dated December 1997.

I understand that it is my responsibility as an employee to read and comply with the policies and procedures contained in the manual. If there is any information that I feel needs clarification, I will contact the Director of Administration.

_____
Your Signature

STEVE BIEGEL
Print your name

5/5/03
Date