**Defendants' Index to Declaration Exhibits**
07 Civ. 9653 (CM) (THK)

<u>Howard Rubin, Esq. Declaration, dated November 26, 2007</u>

    Exhibit A - Original Complaint

    Exhibit B - Amended Complaint