The Dwyer Law Firm
17 Academy Street
Suite 1010
Newark, NJ 07102
(973) 242-3636

| | |
|---|---|
| STEVE BIEGEL<br><br>V.<br><br>DENTSU HOLDINGS USA, INC., ET AL. | **United States District Court**<br>**Southern District of New York**<br>**Docket/Index # 07 Civ 9653**<br><br>**Affidavit of Service** |

**State of New Jersey**
                                        SS:
**County of Monmouth**

I, **John Cleere #1244813** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **November 16, 2007** at **12:10 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **Toyo Shigeta**. Said service was effected at **c/o Howard J. Rubin, Esq., Davis & Gilbert, 1740 Broadway, New York, NY 10019**, in the following manner;

**Substitute Service** by leaving, during office hours, copies at the office of the person/entity being served, leaving same with **Andrew Greenstein, person authorized to accept service**, the person apparently in charge thereof. That person was also asked by deponent whether said premises was **Toyo Shigeta's** usual place of business and their reply was affirmative

On Deponent enclosed a copy of same in a postpaid sealed envelope properly addressed to **Toyo Shigeta** at **Andrew Greenstein** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin: **White**  Hair: **Brown**  Age(Approx): **35-40**  Ht.(Approx): **5' 9"**  Wt.(Approx): **180-190 lbs**

I **John Cleere #1244813** asked, whether **Toyo Shigeta** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **Toyo Shigeta** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on November 27, 2007

J. Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

John Cleere #1244813, Process Server
Lawyers Service of Process, LLC
31 Pleasant Place
Oceanport, NJ 07757
(732) 219-5433 (800) 380-5434 , (732) 219-5466 (Fax)