AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Steve Beigel,

Plaintiff,

V.

Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 9653**

**JUDGE McMAHON**

TO: (Name and address of defendant)

Toyo Shigeta
217 Orchard Place
Ridgewood, New Jersey 07450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Dwyer
The Dwyer Law Firm, L.L.C.
17 Academy Street, Suite 1010
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

OCT 3 1 2007

DATE