UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVE BIEGEL,

      Plaintiff,

- against -

DENTSU HOLDINGS USA, INC., DENTSU
AMERICA, INC., TOYO SHIGETA and
TIMOTHY ANDREE,

      Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Civ. 9653 (CM) (THK)

**PLEASE TAKE NOTICE** that on behalf of defendants DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon defendant DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE, should be served upon the undersigned and all electronic notifications will be sent to DMoretti@lcbf.com.

Dated:    New York, New York
           December 7, 2007

                                Yours, etc.,
                                LANDMAN CORSI BALLAINE & FORD P.C.

                          By: _____
                                Daniel S. Moretti (DM 6630)
                                Attorneys for Defendants
                                DENTSU HOLDINGS USA, INC., DENTSU

453122.1 DocsNY

AMERICA, INC., TOYO SHIGETA and
TIMOTHY ANDREE
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

TO:     Andrew Dwyer (AD 7793)
        THE DWYER LAW FIRM, L.L.C.
        17 Academy Street, Suite 1010
        Newark, New Jersey 07102

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

  **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

  That on the 7th day of December, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

    Andrew Dwyer
    THE DWYER LAW FIRM, L.L.C.
    17 Academy Street, Suite 1010
    Newark, New Jersey 07102

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed n a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                _____
                Ryan New

Sworn to before me this
7th day of December, 2007

_____
Notary

        JELENA BRIGIDA
      Notary Public, State of New York
        No. 01BR6156932
       Qualified in Kings County
       Commission Expires Dec. 4, 2010

453129.1 DocsNY