| | |
|---|---|
| **STEVE BIEGEL**  )<br><br>V.  )<br>  )<br>**DENTSU HOLDINGS USA, INC., ET AL.**  ) | **United States District Court**<br>**Southern District of New York**<br>**Docket/Index # 07 Civ 9653**<br><br>**Affidavit of Service** |

**State of New Jersey**
            SS:
**County of Monmouth**

I, **John Cleere #1244813** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **November 16, 2007** at **12:10 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **Dentsu Holdings USA, Inc.**. Said service was effected at **Dentsu Holdings USA, Inc., C/O Howard J. Rubin, Esq., Davis & Gilbert, 1740 Broadway, New York, NY 10019**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Andrew Greenstein** personally. Deponent knew said corporation so served to be the corporation described as **Dentsu Holdings USA, Inc.** and knew said individual to be the **person authorized to accept service** of process.

**Andrew Greenstein** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin: **White**  Hair: **Brown**  Age(Approx): **35-40**  Ht.(Approx): **5' 9"**  Wt.(Approx): **180-190 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on November 27, 2007

J. Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

John Cleere #1244813, Process Server
Lawyers Service of Process, LLC
31 Pleasant Place
Oceanport, NJ 07757
(732) 219-5433 (800) 380-5434 , (732) 219-5466 (Fax)