AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Steve Biegel,
Plaintiff,

V.

Dentsu Holdings USA, Inc., Dentsu America, Inc.,
Toyo Shigeta and Timothy Andreee, Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9653**

**JUDGE McMAHON**

TO: (Name and address of Defendant)

Dentsu Holdings USA, Inc.
32 Avenue of the Americas, 16th Floor
New York, New York 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Dwyer
The Dwyer Law Firm, L.L.C.
17 Academy Street, Suite 1010
Newark, New Jersey 07102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 3 1 2007

J. MICHAEL McMAHON
CLERK                                              DATE

(By) DEPUTY CLERK