UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DWYER LAW FIRM, L.L.C.
17 Academy Street, Suite 1010
Newark, New Jersey 07102
(973) 242-3636
Andrew Dwyer (AD-7793)
Attorneys for Plaintiff

|  |  |
|---|---|
| STEVE BIEGEL, | Hon. Colleen McMahon, U.S.D.J. |
| Plaintiff, | Civil Action No. 07-9653 (CM) (THK) |
| v. |  |
| DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE, | **DECLARATION OF ANDREW DWYER** |
| Defendants. |  |

Andrew Dwyer, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the attorney for the plaintiff and, as such, I am fully familiar with the matters set forth herein.

2. Annexed hereto as Exhibit A is a true and correct copy of an Amended Charge of Discrimination, filed with the Equal Employment Opportunity Commission (and served on defense counsel) on November 16, 2007, in Steve Biegel v. Dentsu Holdings, USA, Inc., et al., Charge No. 520-2007-04432.

3. Annexed hereto as Exhibit B is a true and correct copy of a Declaration of Ronald J. Rosen, executed on February 3, 2007, as part of the evidence gathering process for this lawsuit.

4. Annexed hereto as Exhibit C is a copy of an article that appeared in the trade publication Ad Week on November 5, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

*Andrew Dwyer*

Executed on November 29, 2007