**Plaintiff's Index to Declaration Exhibits**
**07 Civ. 9653 (CM)(THK)**

<u>Declaration of Andrew Dwyer, dated November 29, 2007</u>

Exhibit A Amended Charge of Discrimination, dated November 16, 2007, filed in <u>Steve Biegel v. Dentsu Holdings USA, Inc., et al.</u>, Charge No. 520-2007-0442, before the EEOC

Exhibit B Declaration of Ronald J. Rosen, dated February 3, 2007

Exhibit C Article entitled, "Behind Dentsu's Lurid Lawsuit," by Noreen O'Leary, published in <u>Ad Week</u> on November 5, 2007