**Plaintiff's Index to Declaration Exhibits
07 Civ. 9653 (CM)(THK)**

<u>Declaration of Steve Biegel, dated November 30, 2007</u>

| | |
|---|---|
| Exhibit A | Letter from Andrew Dwyer to Howard Rubin, dated February 28, 2007 |
| Exhibit B | Excerpts from Letter from Howard Rubin to Andrew Dwyer, dated January 4, 2007 |
| Exhibit C | Article entitled, "Dentsu Rising," by Noreen O'Leary, published in <u>Ad Week</u> on September 17, 2007 |