AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Steve Beigel,

Plaintiff,

### SUMMONS IN A CIVIL CASE

V.

Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree,

Defendants

CASE NUMBER:

## 07 CIV 9653

## JUDGE McMAHON

TO: (Name and address of defendant)

Timothy Andree
26 Raven Road
Colts Neck, New Jersey 07722-1350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Dwyer
The Dwyer Law Firm, L.L.C.
17 Academy Street, Suite 1010
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
_____
CLERK

_____
(BY) DEPUTY CLERK

OCT 3 1 2007
_____
DATE