```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Steve Biegel,

          Plaintiff(s),           07 Civ 9653 (CM) (THK)

   -against-

Dentsu Holdings USA, Inc.,           CALENDAR NOTICE

          Defendant(s).
-------------------------------------------------X

    Please take notice that the above captioned matter has been **re-scheduled** for:

\_\_\_ Pre-trial Conference     \_\_\_ Status Conference     \_\_\_ Oral argument
\_\_\_ Settlement conference     \_\_\_ Plea Hearing     (Bankruptcy Appeal)
✓ Rule (16) conference     \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference     \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial     \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 25, 2008 at 11:45 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: December 10, 2007
       New York, New York

                                      So Ordered

                                      Colleen McMahon, U.S.D.J