MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212-309-6000
Attorneys for Dentsu Holdings USA, Inc.
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

STEVE BIEGEL,

                Plaintiff,

-against-                                              07 Civ. 9653 (CM) (THK)

DENTSU HOLDINGS USA, INC.,
DENTSU AMERICA, INC., TOYO
SHIGETA and TIMOTHY ANDREE,

                Defendants.

------------------------------------------------- x

## JOINT STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178 be and hereby is substituted in place of Davis & Gilbert LLP as counsel for Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree, Defendants in the above-captioned matter.

DAVIS & GILBERT LLP                                MORGAN, LEWIS & BOCKIUS, LLP
1740 Broadway                                      101 Park Avenue
New York, NY 10019                                 New York, New York 10178
Withdrawing Attorneys                              Superseding Attorneys

By: _____                         By: _____
    Howard J. Rubin (HR-1768)                         Amber Kagan (AK-7973)
    Jennifer Tafet Klausner (JK-1413)                 Jill Barbarino (JB-6385)

Dated: December 12, 2007                           Dated: December ___, 2007

1-NY/2255496.1
12/7/07

DENTSU HOLDINGS USA, INC. AND
DENTSU AMERICA, INC.

By: *(signature)*
Name: Hiromi Yoshida
Title: President

Dated: December 11, 2007

TOYO SHIGETA

*(signature)*

Dated: December 11, 2007

TIMOTHY ANDREE

*(signature)*

Dated: December 11, 2007

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge

I-NY/2255496.1
12/7/07