MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309–6000
Attorneys for Dentsu Holdings USA, Inc.
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

| | |
|---|---|
| STEVE BIEGEL, | |
| Plaintiff, | |
| -against- | 07 Civ. 9653 (CM) (THK) |
| DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE, | **ELECTRONICALLY FILED** |
| Defendants. | |

------------------------------------ x

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

      AMBER KAGAN, being duly sworn, deposes and says:

      1.    I am a member of the Bar of the State of New York, admitted to practice before this Court, and a Partner with the firm of Morgan, Lewis & Bockius LLP which has recently been retained as attorneys for Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree in this action. I am fully aware of the facts and circumstances herein.

2.  Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree seek to substitute Morgan, Lewis & Bockius LLP as their counsel in place of Davis & Gilbert, LLP.

3.  This affidavit is submitted pursuant to Local Rule 1.4 in support of the annexed Stipulation and Order of Substitution of Counsel, which has been signed by a representative of Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., and by Toyo Shigeta, Timothy Andree, Davis & Gilbert, LLP and Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178.

4.  We believe the substitution of counsel for Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree in this action will not cause any inconvenience or prejudice to either the parties or the Court.

5.  We hereby request that this Court grant an order for the substitution of attorneys for Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree.

_____
Amber Kagan  (AK-7973)

Signed and sworn to before me
this 12th day of December, 2007

_____
Notary Public

LESLIE HALSEY
Notary Public, State of New York
No. 01HA5039390
Qualified in Queens County
Commission Expires February 21, 20 11

1-NY/2255498.1

2