**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
212.309.6000
Amber Kagan (AK-7973)
Jill Barbarino (JB-6385)

**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
212.468.4800
Daniel S. Moretti (DM-6630)

Attorneys for Defendants Dentsu Holdings USA, Inc.,
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
STEVE BIEGEL,                         :
              Plaintiff,              :
                                      :
     -against-                        :   07 Civ. 9653 (CM) (THK)
                                      :
DENTSU HOLDINGS USA, INC.,            :
DENTSU AMERICA, INC., TOYO            :
SHIGETA and TIMOTHY ANDREE,           :   **ELECTRONICALLY FILED**
                                      :
              Defendants.             :
                                      :
------------------------------------- x

## AFFIDAVIT OF JILL BARBARINO

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

   I, JILL BARBARINO, being duly sworn, deposes and says:

   1.   I am an associate with the law firm of Morgan, Lewis & Bockius LLP, counsel for

Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree in

the above-referenced matter. I am fully familiar with the facts set forth herein and submit this Affidavit based on personal knowledge in Support of Defendants' Reply Memorandum of Law In Further Support of Defendants' Motion To Dismiss The Amended Complaint.

2. Plaintiff Steve Biegel ("Plaintiff") attached a picture of Maria Sharapova to his Complaint as Exhibit B. (See Complaint, ¶ 35, Exh. B).

3. Attached hereto, as **Exhibit A**, is a true and correct copy of the same picture of Maria Sharapova, which is of better quality than the copy attached to Plaintiff's Complaint.

Jill Barbarino

Signed and sworn to before me
this 14th day of December, 2007

Notary Public

LESLIE HALSEY
Notary Public, State of New York
No. 01HA5039390
Qualified in Queens County
Commission Expires February 21, 20 11

# EXHIBIT A

