

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
STEVE BIEGEL,                         :
                Plaintiff,    :
:
   -against-                         :
:   07 Civ. 9653 (CM) (THK)
:
DENTSU HOLDINGS USA, INC.,            :
DENTSU AMERICA, INC., TOYO            :
SHIGETA and TIMOTHY ANDREE,           :
:
                Defendants.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER TO ADMIT MARK S. DICHTER PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, MARK S. DICHTER, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: January 11, 2008
       New York, New York

cc:  Pro Hac Vice Attorney
     Court File

1-NY/2259107.2