**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                            :

STEVE BIEGEL,                  :

              Plaintiff,    :

    -against-            :

                          :       **07 Civ. 9653 (CM) (THK)**

DENTSU HOLDINGS USA, INC.,  :
DENTSU AMERICA, INC., TOYO
SHIGETA and TIMOTHY ANDREE,  :

            Defendants.  :

                          :

------------------------------------ x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Amber L. Kagan, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of:

Mark S. Dichter
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
(215) 963-5001

Mark S. Dichter is a member in good standing of the Bar of the State of Pennsylvania and

there are no pending disciplinary proceedings against Mark S. Dichter in any state or federal

courts.

Dated:  New York, New York
        January 10, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
     Amber L. Kagan (AK-7973)

     101 Park Avenue
     New York, New York  10178-0060
     (212) 309-6000

     Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                    :

STEVE BIEGEL,                       :

                  Plaintiff,     :

                           :

  -against-                 :

                           :            **07 Civ. 9653 (CM) (THK)**

                           :

DENTSU HOLDINGS USA, INC.,   :
DENTSU AMERICA, INC., TOYO    :
SHIGETA and TIMOTHY ANDREE,  :

                           :

               Defendants.   :

                           :
------------------------------------- x

### AFFIDAVIT OF AMBER KAGAN IN SUPPORT OF MOTION
### FOR ADMISSION TO PRACTICE PRO HAC VICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK  )

       **AMBER L. KAGAN**, being duly sworn, deposes and says the following:

       1.      I am a member of the Bar of this Court and am a partner with the law firm of Morgan Lewis & Bockius, LLP, 101 Park Avenue, New York, New York 10178, counsel for defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree (collectively "Defendants").

       2.      I make this declaration in support of Defendants' Motion pursuant to Local Rule 1.3(c) of the United States District Court, Southern District of New York, for an Order admitting Mark S. Dichter to practice before this Court as counsel for the Defendants for all purposes in this action.

       3.      Mr. Dichter is a partner of the law firm of Morgan, Lewis & Bockius LLP,



in Philadelphia, PA and is a member in good standing of the Bar of the State of Pennsylvania

Attached as Exhibit A to the accompanying Affidavit of Mark S. Dichter is a Certificate of Good

Standing issued by that jurisdiction.

   4.  It is the desire of the Defendants to have Mr. Dichter represent them for all

purposes in this action.

   WHEREFORE, it is respectfully requested that Mark S. Dichter be admitted to

practice before this Court as counsel for the Defendants for all purposes in this action.

Pursuant to 28 U.S.C. § 1746, I declare on penalty of perjury that the foregoing is true and

correct.

Dated: New York, New York
January 10, 2008

                  _____
                  Amber L. Kagan

Subscribed and sworn to before me
this _10_ day of January, 2008

_____
Notary Public

EVELYN PERRY
Notary Public, State of New York
No. 01PE6053275
Qualified in Suffolk County
Commission Expires Dec. 11, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                     :

STEVE BIEGEL,                   :

               Plaintiff,     :

    -against-                 :

                     :       **07 Civ. 9653 (CM) (THK)**

                     :

DENTSU HOLDINGS USA, INC.,   :
DENTSU AMERICA, INC., TOYO   :
SHIGETA and TIMOTHY ANDREE,  :

                     :

           Defendants.  :

                     :

------------------------------------- x

## AFFIDAVIT OF MARK S. DICHTER IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA   )
                              ) ss.:
COUNTY OF PHILADELPHIA        )

     **MARK S. DICHTER**, being duly sworn, deposes and says the following:

     I am a partner of the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street,

Philadelphia, PA 19103, where I maintain an office for the practice of law.

     1.      I submit this affidavit in support of my motion for admission to practice *pro hac*

*vice* in the above-captioned action.

     2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in

good standing of the Bar of the Commonwealth of Pennsylvania.

     3.      There are no pending disciplinary proceedings against me in any State or Federal

court.

4.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this action.

Mark S. Dichter

Subscribed and sworn to before me
this 8th day of January, 2008

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2010

Member Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Mark S. Dichter, Esq.*

### DATE OF ADMISSION

### *November 5, 1969*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  December 21, 2007**

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                 :

STEVE BIEGEL,                     :
                 Plaintiff,      :

       -against-                 :

                                   :       **07 Civ. 9653 (CM) (THK)**

                                   :

DENTSU HOLDINGS USA, INC.,    :
DENTSU AMERICA, INC., TOYO     :
SHIGETA and TIMOTHY ANDREE,   :

                        Defendants.    :

                                     :
------------------------------------- x

## ORDER TO ADMIT MARK S. DICHTER PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted.  The admitted attorney, MARK S. DICHTER, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.  When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____


                                          _____


cc:    Pro Hac Vice Attorney



## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 10th day of January, 2008, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice, Affidavits of Amber Kagan and Mark S. Dichter, and Order To Admit to be served federal express upon:

> Andrew Dwyer
> The Dwyer Law Firm, L.L.C.
> 17 Academy Street, Suite 1010
> Newark, New Jersey 07102

> *Attorneys for the Plaintiff*

_____
Maronya C. Scharf (MS – 8791)

Dated:  New York, New York
       January 10, 2008