UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVE BIEGEL,

        Plaintiff,

- against -

DENTSU HOLDINGS USA, INC., DENTSU
AMERICA, INC., TOYO SHIGETA and
TIMOTHY ANDREE,

        Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Civ. 9653 (CM) (THK)

**PLEASE TAKE NOTICE** that on behalf of defendants DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon defendant DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE, should be served upon the

453122.1 DocsNY

undersigned and all electronic notifications will be sent to AKabrawala@lcbf.com.

Dated:  New York, New York
        January 17, 2008

                                      Yours, etc.,
                                      LANDMAN CORSI BALLAINE & FORD P.C.

                                      By: _____
                                      Ameet B. Kabrawala (AK 2976)
                                      Attorneys for Defendants
                                      DENTSU HOLDINGS USA, INC., DENTSU
                                      AMERICA, INC., TOYO SHIGETA and
                                      TIMOTHY ANDREE
                                      120 Broadway, 27th Floor
                                      New York, New York 10271-0079
                                      (212) 238-4800

TO:  Andrew Dwyer (AD 7793)
      THE DWYER LAW FIRM, L.L.C.
      17 Academy Street, Suite 1010
      Newark, New Jersey 07102

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

That on the 17th day of January, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

>Andrew Dwyer
>THE DWYER LAW FIRM, L.L.C.
>17 Academy Street, Suite 1010
>Newark, New Jersey 07102

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed n a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Ryan New

Sworn to before me this
17th day of January, 2008

_____
Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

453129.1 DocsNY