*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|18|08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVE BIEGEL,                              :
                                           :
                    Plaintiff,             :
                                           :
        -against-                          :        **STIPULATION**
                                           :
DENTSU HOLDINGS USA, INC.,                 :        07 Civ. 9653 (CM) (THK)
DENTSU AMERICA, INC., TOYO                 :
SHIGETA and TIMOTHY ANDREE,                :
                                           :
                    Defendants.            :
                                           :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys that the time for Defendants DENTSU HOLDINGS USA, INC., DENTSU AMERICA, INC., TOYO SHIGETA and TIMOTHY ANDREE to serve their Answer to Plaintiff's Amended Complaint, in the above-captioned action, is extended through and including January 25, 2008.

454875.1 Docs NY

IT IS **FURTHER STIPULATED AND AGREED**, that facsimile signatures may be

accepted as originals and this Stipulation may be executed in counterparts.

Dated: New York, New York
      January 15, 2008

THE DWYER LAW FIRM, L.L.C.

By: _____
      Andrew Dwyer (AD-7793)

Attorneys for Plaintiff
STEVE BIEGEL
17 Academy Street, Suite 1010
Newark, New Jersey 07102
(973) 242-3636

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
      Daniel S. Moretti (DM-6630)

Attorneys for Defendants
DENTSU HOLDINGS USA, INC.,
DENTSU AMERICA, INC., TOYO SHIGETA
and TIMOTHY ANDREE
120 Broadway, 27th Floor
New York, New York 10271
(212) 238-4800

Amber L. Kagan (AK-7973)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

SO ORDERED:

_____
U.S.D.J.

1 - 18 - 2008