UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Steve Biegel,

                              07 Civ. 9653 (CM)(THK)

           Plaintiff(s),

                              ORDER OF REFERENCE
     -against-                      TO A MAGISTRATE JUDGE
Dentsu Holdings USA, Inc., et al,

          Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Theodore H. Katz, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement *Discovery Dispute* | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| ___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: February 1, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge