**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Amber Kagan (AK-7973)

**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
(212) 468-4800
Daniel S. Moretti (DM-6630)

Attorneys for Defendants Dentsu Holdings USA, Inc.,
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

STEVE BIEGEL,

               Plaintiff,

  -against-                    07 Civ. 9653 (CM) (THK)

DENTSU HOLDINGS USA, INC.,
DENTSU AMERICA, INC., TOYO
SHIGETA and TIMOTHY ANDREE,

               Defendants.

------------------------------------ x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certify as follows:

1. Defendant Dentsu Holdings USA, Inc.'s corporate parent is Dentsu Inc., a publicly held Japanese corporation, which owns 10% or more of its stock.

2. Defendant Dentsu America, Inc.'s corporate parent is Defendant Dentsu Holdings USA, Inc. No publicly held corporation owns 10% or more of Dentsu America, Inc.'s stock.

These representations are made solely to enable the Judges and Magistrate Judges of this Court to determine the need for recusal.

Dated: February 12, 2008
      New York, New York

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

s/ Jill Barbarino
Amber Kagan (AK-7973)
Jill Barbarino (JB-6385)

Daniel S. Moretti (DM-6630)
LANDMAN CORSI BALLAINE & FORD P.C.

Attorneys for Defendants Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta and Timothy Andree

To: Andrew Dwyer, Esq. (Via ECF)