MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212-309-6000
Attorneys for Dentsu Holdings USA, Inc.
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVE BIEGEL,

                Plaintiff,

   -against-                    07 Civ. 9653 (CM) (THK)

DENTSU HOLDINGS USA, INC.,
DENTSU AMERICA, INC., TOYO
SHIGETA and TIMOTHY ANDREE,

                Defendants.

------------------------------------x

### JOINT STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178 be and hereby is substituted in place of Davis & Gilbert LLP as counsel for Dentsu Holdings USA, Inc., Dentsu America, Inc., Toyo Shigeta, and Timothy Andree, Defendants in the above-captioned matter.

| DAVIS & GILBERT LLP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| 1740 Broadway | 101 Park Avenue |
| New York, NY 10019 | New York, New York 10178 |
| Withdrawing Attorneys | Superseding Attorneys |
| By: /s/ | By: /s/ |
| Howard J. Rubin (HR-1768) | Amber Kagan (AK-7973) |
| Jennifer Tafet Klausner (JK-1413) | Jill Barbarino (JB-6385) |
| Dated: December 12, 2007 | Dated: December ___, 2007 |

1-NY/2255496.1
12/7/07

DENTSU HOLDINGS USA, INC. AND
DENTSU AMERICA, INC.

By: _____
Name: Hiroshi Yoshida
Title: President

Dated: December 11, 2007

TOYO SHIGETA

_____

Dated: December 11, 2007

TIMOTHY ANDREE

_____

Dated: December 11, 2007

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge

4-22-08

1-NY/2255496.1
12/7/07