McMahon, J

**THE DWYER LAW FIRM, L.L.C.**
17 Academy Street, Suite 1010
Newark, New Jersey 07102
973.242.3636
Andrew Dwyer (AD-7793)

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
212.309.6000
Amber Kagan (AK-7973)

**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
212.468.4800
Daniel S. Moretti (DM-6630)

Attorneys for Defendants Dentsu Holdings USA, Inc.,
Dentsu America, Inc., Toyo Shigeta and Timothy Andree

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

------------------------------------ x

STEVE BIEGEL,

              Plaintiff,

  -against-

DENTSU HOLDINGS USA, INC.,
DENTSU AMERICA, INC., TOYO
SHIGETA and TIMOTHY ANDREE,

              Defendants.

07 Civ. 9653 (CM) (THK)

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41**

------------------------------------ x

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by and between the undersigned counsel for the parties that all claims in the above-captioned action shall be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Amber L. Kagan (AK-7973)

101 Park Avenue
New York, New York 10178
tel: (212) 309-6000
fax: (212) 309-6001

LANDMAN CORSI BALLAINE &
FORD, P.C.

By: _____
    Daniel S. Moretti (DM-6630)

120 Broadway, 27th Floor
New York, New York 10271
tel: (212) 238-4800
fax: (212) 238-4848

Counsel for Defendants

THE DWYER LAW FIRM, L.L.C.

By: _____
    Andrew Dwyer (AD-7799)

17 Academy Street, Suite 1010
Newark, New Jersey 07102
tel: (973) 242-3636
fax: (973) 242-3399

Counsel for Plaintiff

_____
U.S.D.J.

7-8-2008